UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FRANCINE MORIN,

                        Plaintiff(s)

- against -

REYNALDO A. MCFARLANDE,

                        Defendant(s)

STIPULATION DISCONTINUING ACTION WITH PREJUDICE

DOCKET #: 06 CV 329 (DLI) (SMG)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Westbury, New York
               May 24, 2006

John W. Kondulis, Esq.  JK9979
JAMES G. BILELLO & ASSOCIATES
Attorneys for Defendant(s)
Reynaldo A. McFarlande
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4312
Our File #: 05K0613

Law Office of ~~S. G.~~ Ovadia ~~& Associates~~ Lisabeth ~~&~~
Attorneys for Plaintiff(s)
~~2160 Hempstead Turnpike~~  54 Willis Avenue
~~East Meadow, NY 11554~~  Mineola, NY 11501
516-542-2833

So Ordered  /s/
USDCJ

July 13, 2006